UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-cr-403 |
| -vs- | : | |
| MAURICE BETHEA | : | **ORDER** |

This matter having been brought before the Court by Thomas R. Ashley, Esq., attorney for the Defendant Maurice Bethea, for an Order requesting any lien which has attached to the property located at 369 21st Street, Irvington, New Jersey be discharged;

It is on this 24th day of NOVEMBER, 2008, **ORDERED**

That any lien which has attached to the property located at 369 21st Street, Irvington, New Jersey as a result of the $50,000.00 unsecured appearance bond executed by the Defendant, Maurice Bethea is hereby discharged pursuant to the application of counsel for the Defendant Maurice Bethea.

The Government has no objection to the within application.

Jose L. Linares
United States District Judge